**Order entered November 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01031-CR
No. 05-14-01032-CR
No. 05-14-01033-CR

**DANIEL DEANTHONY FELDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-52047-L, F14-52048-L, F14-52049-L**

## ORDER

The clerk's records are overdue in these appeals. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Sasha Brooks to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a photograph.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Gary Fitzsimmons, Dallas County District Clerk; Victoria Franklin, official court reporter, Criminal District Court No. 5; Sasha Brooks, deputy official court reporter, Criminal District Court No. 5; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE